UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIP BRANSON,<br><br>  Plaintiff,<br><br>  v.<br><br>TRINITY COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>  Defendants. | No. 2:19-cv-2452 KJM AC P<br><br><br>ORDER |

Plaintiff has filed a letter in this case informing the court that he timely filed a First Amended Complaint (FAC) but failed to designate the case number. See ECF No. 21. The undersigned has determined that the intended FAC was filed as a new complaint in a new action, Branson v. Krouse et al., Case No. 2:20-cv-1637 CKD P. Review of that complaint and the original complaint in the instant case demonstrate that the new complaint in Case No. 2:20-cv-1637 CKD P should be filed as the FAC in the instant case.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed in this case on August 18, 2020, ECF No. 19, are VACATED.

////

////

1

2. The Clerk of Court is directed to file the complaint in Case No. 2:20-cv-1637 CKD P as a First Amended Complaint in the instant case, and to close Case No. 2:20-cv-1637 CKD P as inappropriately opened.

IT IS SO ORDERED.

DATED: August 20, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE